Rabich v City of New York (2024 NY Slip Op 02607)

Rabich v City of New York

2024 NY Slip Op 02607

Decided on May 09, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 09, 2024

Before: Webber, J.P., Oing, Rodriguez, Higgitt, Michael, JJ. 

Index No. 159567/16 Appeal No. 2190 Case No. 2022-05326 

[*1]Linda Rabich etc., Plaintiff-Respondent,
v
The City of New York, Defendant-Appellant, Olson's Creative Landscaping Corp., et al., Defendants.

Sylvia O. Hinds-Radix, Corporation Counsel, New York (Susan Paulson of counsel), for appellant.
Sacco Fillas, LLP, Astoria (Dominick Rendina of counsel), for respondent.

Order, Supreme Court, New York County (Leslie A. Stroth, J.), entered October 14, 2022, which denied defendant City of New York's motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.
Joseph Rabich (decedent) brought this negligence action alleging injuries as a result of a trip and fall due to a broken roadway in the crosswalk at the southbound intersection of Broadway and West 109th Street, in New York County, on or about January 13, 2016.
The City's motion for summary judgment should have been granted. The City met its prima facie burden and established that it did not receive prior written notice of a pothole that caused plaintiff's decedent's accident (see Administrative Code of City of NY § 7-201[c][2]; Yarborough v City of New York, 10 NY3d 726, 728 [2008]).
In opposition, plaintiff failed to raise a question of fact that the City affirmatively created the defect through an act of negligence, "that immediately results in the existence of a dangerous condition" (Yarborough, 10 NY3d at 728 [internal quotation marks omitted]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 9, 2024